■ CATHERINE L. PARKER, Respondent, v. ADELAIDE CRUMM, Individually and as Executrix of LOUIS J. CRUMM, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ HARTFORD ACCIDENT & INDEMNITY CO., Respondent, v. WINGDALE COUNTRY CLUB, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin and Bergan, JJ.

■ In the Matter of PETER F. MULLIGAN et al., Petitioners, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ NORTH BRONX THEATRES, INC., Respondent, v. DANIEL HOUILIHAN CORPORATION, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ. [9 Misc 2d 328.]

■ STEFFEN BIOLOGICAL LABORATORIES, INC., Appellant, v. OSTEOPATHIC HOSPITAL AND CLINIC OF NEW YORK, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administratrix of the Estate of EPHRAIM STUMER, Deceased, Plaintiff, v. RUBIN CONSTRUCTION CORPORATION, Defendant, and Third-Party Plaintiff-Appellant. WORLD STEEL PRODUCTS CORP., Third-Party Defendant-Respondent.— Order granting motion to dismiss third-party plaintiff's second cause of action unanimously reversed, on the law, and the motion denied, with costs to third-party plaintiff-appellant. The original complaint is susceptible of the construction that third-party plaintiff's acts were supervisory only and that its liability is occasioned by acts done by the subcontractor under general supervision. Consequently, the liability of third-party defendant may not be determined from the pleadings alone. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ LOUIS G. LANGER, as Trustee in Bankruptcy for FLAG LINES, INC., and Another, Appellant, v. ROBERT L. MOON, Respondent.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.